# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE OLMEDO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>J.D. HARTLEY,<br><br>　　　　Respondent.<br>_____/ | 1:10-cv-00406-AWI-DLB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DENYING RESPONDENT'S MOTION TO DISMISS THE PETITION, AND DIRECTING RESPONDENT TO FILE AN ANSWER TO THE PETITION WITHIN FORTY-FIVE DAYS FROM THE DATE OF SERVICE<br><br>[Doc. 14] |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　On June 22, 2010, the Magistrate Judge issued Findings and Recommendation that the Motion to Dismiss be DENIED.  This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.  Over thirty (30) days have passed and no party has filed objections.

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　The Findings and Recommendation issued June 22, 2010, is ADOPTED IN
　　　　　　　FULL;

　　　　2.　　The Motion to Dismiss is DENIED; and

1

3. Respondent is directed to file an answer to the petition within forty-five days from the date of service of this order.

IT IS SO ORDERED.

Dated:   September 2, 2010

CHIEF UNITED STATES DISTRICT JUDGE